MRS. RUDOLPH RYAN V. THE STATE.

No. 21386. Delivered January 29, 1941.

The opinion states the case.

*A. A. Morris,* of Waco, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of violating the liquor laws and assessed a fine of $100.00.

The transcript in the case fails to show any notice of appeal. This is essential to confer jurisdiction on the reviewing court. See Art. 827, Vernon's Ann. C. C. P., 1925, and authorities collated under said article.

The appeal is dismissed.